## ROBISON v. STATE.　(No. 3224.)

(Court of Criminal Appeals of Texas.　Oct. 14, 1914.)

Appeal from Dallas County Court, at Law; W. F. Whitehurst, Judge.

Dock Robison was convicted of unlawfully carrying a pistol, and he appeals.　Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J.　Appellant was convicted for unlawfully carrying a pistol.　There is neither a statement of facts nor bills of exceptions in the record.　In the absence of these, there is no question which we can review.

The judgment is affirmed.

## Ex parte LONG.　(No. 3302.)

(Court of Criminal Appeals of Texas.　Oct. 14, 1914.)

Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge.

Ex parte application by Ben Long for admission to bail.　From an order denying him admission to bail, he appeals.　Reversed and bail granted.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, J.　Under habeas corpus trial relator was refused bail.　The justice of the peace had previously admitted him to bond in the sum of $3,000, which the record shows he was unable to give.　The district judge, upon habeas corpus trial, reached the conclusion that the case was nonbailable.　We do not agree with that conclusion.　It is unnecessary to discuss the facts, and, in obedience to our general rule, we do not discuss the facts.　Justice of the peace granted bail in the sum of $3,000, which relator could not give.　The case is bailable. The judgment is reversed, and bail is fixed in the sum of $3,000.　Upon the giving of this bond, to be approved by the sheriff of Harris county relator will be discharged from custody under the terms of the bond.

The judgment is reversed and bail granted.

## Ex parte BARNETT.　(No. 3285.)

(Court of Criminal Appeals of Texas.　Oct. 14, 1914.)

Appeal from District Court, Hunt County; Wm. Pierson, Judge.

Application by R. P. Barnett for bail.　Judgment refusing bail, and relator appeals.　Reversed, and bail granted.

Sam D. Stinson and Crosby, Hamilton & Harrell, all of Greenville, for appellant.　C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, J.　Relator was refused bail under a charge of homicide.　An inspection of the record and facts, which are voluminous, leads us to the conclusion that the trial judge was in error in refusing bail.　The judgment will be reversed, and bail granted in the sum of $7,500.　Upon the giving of bond under the terms of the law, to be approved by the sheriff of Hunt county, relator will be discharged from custody.

The judgment is reversed, and bail granted.